1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EARL G. NASH,

                 Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

              Defendant.

Case No.  C07-5553KLS

ORDER TO SHOW CAUSE

      This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

      In his application, plaintiff states that there are no persons dependant upon him for support.  Yet he also uses the term "we" in referring to payments made and equity held in a house.  As such, it is unclear whether plaintiff supports only himself, or shares a household with one or more other persons, such as a spouse, whom he may support or on whom he depends in part on support.  Without clarification of this issue, the undersigned at this time is unable to determine whether plaintiff is entitled to *in forma pauperis* status.

ORDER
Page - 1

Accordingly, the Court hereby finds and ORDERS as follows:

(1)     Plaintiff shall seek to cure this deficiency by filing **no later than November 11, 2007**, the additional information regarding his household status discussed above.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2)     The clerk is directed to send a copies of this Order to counsel for plaintiff.

DATED this 12th day of October, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2