UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EARL G. NASH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

CASE NO. C07-5553 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that the decision of the Commissioner determining Earl Nash to not be disabled be remanded to the Commissioner for further administrative proceedings. The Commissioner has not filed an objection.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the ALJ erred in his decision as described in the report;

(3) the matter is therefore **REVERSED** and remanded to the Commissioner for further administrative proceedings; and

(4) the Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

ORDER
Page - 1

DATED this 12th day of September, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE