# United States District Court

## WESTERN DISTRICT OF WASHINGTON

EARL G. NASH

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5553FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>XX</u> **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred in his decision as described in the report; and

the matter is therefore **REVERSED** and remanded to the Commissioner for further administrative proceedings.


<u>  September 16, 2008  </u>
Date

<u>    BRUCE RIFKIN    </u>
Clerk


<u>    *s/CM Gonzalez*    </u>
Deputy Clerk