# United States District Court

WESTERN DISTRICT OF WASHINGTON

EARL G. NASH

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5553FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for an award of costs and attorney's fees [Dkt. #23] is **GRANTED**.  Plaintiff's attorney Eitan Kassel Yanich is awarded EAJA fees of $4,825.28, expenses in the amount of $38.15, and costs of $350.00, payable from the judgment fund.

    January 6, 2009
Date

    BRUCE RIFKIN
Clerk


    s/CM Gonzalez
Deputy Clerk